CLARENCE J. O'BRIEN, Appellant, v. THE CITY OF ROME, Respondent.— Order affirmed, without costs. Memorandum: A person who accepts an appointment to a civil service position in a municipality has no vested right which entitles him to maintain an action for breach of contract against the city upon a reduction being properly made in his salary. Upon a motion to dismiss the complaint for failure to state a cause of action bare allegations of wrongdoing based upon undisclosed facts will not support a cause, of action. (Knowles v. City of New York, 176 N. Y. 430; Leonard v. Cammann, 257 App. Div. 387, 390; Matter of Colligan v. Williams, 91 Misc. 128, 130; Gerdes v. Reynolds, 281 N. Y. 180.) The order appealed from should be affirmed. All concur. (The order grants defendant's motion to dismiss plaintiff's complaint in an action to recover salary alleged to be due plaintiff under a civil service appointment as plumbing and sanitary inspector in defendant city.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MATHEW RHONEY, Respondent, v. WILLIAM HUNT, as Warden of Attica State Prison, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Orders affirmed, without costs. All concur. (The order dismisses a writ of habeas corpus but remands relator to the custody of the sheriff, to be held under the indictment against him. The second order denies a motion for a resettlement but resettles the order by providing for bail.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE ORLANDO, Appellant, and Another, Defendant.— Judgment of conviction affirmed. All concur, except McCurn, J., who dissents and votes for reversal and for a new trial. (The judgment convicts defendants of the crime of arson, second degree.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

PHILIP ALLEN, Respondent, v. WILLIAM S. MATHER, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action in conversion to recover the value of trap and gill nets owned by plaintiff and alleged to have been illegally seized by defendant, a special game protector.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

ALBERTA GRACE CLARK, an Infant, by DELBERT CLARK, Her Guardian ad Litem, Respondent, v. THE CITY OF BUFFALO, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action for damages for personal injuries arising out of the negligent maintenance of a park by the defendant. The order denies defendant's motion for a new trial.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

DELBERT CLARK, Respondent, v. THE CITY OF BUFFALO, Appellant. — Same decision and like cause of action as in companion case of Clark v. City of Buffalo (ante, p. 940). Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.